IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| **TERRY LEE TYLER,** | |
| Plaintiff, | |
| v. | Case No. 8:25-cv-02363-CDA |
| **JPMORGAN CHASE BANK, N.A.,** *et al.,* | |
| Defendants. | |

### BRIDGECREST ACCEPTANCE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant Bridgecrest Acceptance Corporation (incorrectly named as Bridgecrest Credit Company, LLC) certifies that it does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: August 14, 2025

Respectfully submitted,

By: /s/ Michael Klebanov
  Michael Klebanov (Bar No. 20331)
  Daniel G. Solomon *(Pro Hac Vice forthcoming)*
  **HUSCH BLACKWELL LLP**
  1801 Pennsylvania Ave, NW Suite 1000
  Washington, D.C. 20006
  Phone: (202) 378-2363
  Fax: (202) 378-2319
  michael.klebanov@huschblackwell.com
  danny.solomon@huschblackwell.com

  *Attorneys for Defendant*
  *Bridgecrest Acceptance Corporation*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2025, I electronically filed the foregoing document and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>                         */s/ Michael Klebanov*
>                         Michael Klebanov